# United States District Court
# For The Western District of North Carolina
# Statesville Division

DONTERRIUS BARNETTE,

    Plaintiff(s),

vs.

(FNU) WILSON, (FNU) BROWN,
AND (FNU) EASLEY,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 5:09CV2-2-MU

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 25, 2009, Order.

    Signed: February 25, 2009

Frank G. Johns, Clerk
United States District Court